148 So.2d 245

E. C. ANDERSON, Chief of Police, City of Prichard,

v.

Richard R. WILLIAMS.

1 Div. 34.

Supreme Court of Alabama.

Dec. 20, 1962.

Stone & Howard, Mobile, for appellant.

Howell, Johnston & Langford, Mobile, for appellee.

Wm. R. Lauten and Ralph Kennamer, Mobile, amici curiæ.

HARWOOD, Justice.

Affirmed on authority of Anderson, Chief of Police v. Smith, Ala.Sup., 148 So.2d 243.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.